STATE OF NEW JERSEY v. JAMES J. KUDRAKO.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN HADDOW.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. HOWARD WILLIAMS.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ARNULFO YAMA PAZ.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MELVIN HOLLOWAY.

May 24, 1988.

Petition for certification denied.